AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Western District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| LISA JEANINE FINDLEY | ) |
| a/k/a LISA HOLDEN | ) Case No. 2:24-cr-20145-JTF-tmp |
| a/k/a LISA HOWELL | ) |
| a/k/a GREGORY NAUSSANY | ) **FILED UNDER SEAL** |
| a/k/a KURT NAUSSANY | ) |
| a/k/a LISA JEANINE SULLINS | ) |
| a/k/a CAROLYN WILLIAMS | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between the date(s) of ___07/2023 through 08/2024___ in the county of ___Shelby___ in the ___Western___ District of ___Tennessee___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1341 | Mail Fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Townsend-SA FBI
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___08/15/2024___          s/ Tu M. Pham
                               *Judge's signature*

City and state: ___Memphis, TN___     Hon. Tu M. Pham, Chief U.S. Magistrate Judge
                                       *Printed name and title*