AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

United States of America
v.

LISA JEANINE FINDLEY,
a/k/a LISA HOLDEN,
a/k/a LISA HOWELL,
a/k/a GREGORY NAUSSANY,
a/k/a KURT NAUSSANY,
a/k/a LISA JEANINE SULLINS,
a/k/a CAROLYN WILLIAMS

*Defendant*

Case No. 24-cr-20145-JTF

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lisa Jeanine Findley,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2-Aiding and Abetting
18 U.S.C. § 1028A-Fraud and related activity in connection with identification documents
18 U.S.C. § 1341-Mail Fraud - Frauds and swindles

Date:  09/10/2024

Vallonda Pettway
*Issuing officer's signature*

City and state:  Memphis, TN

Wendy R. Oliver, U.S. District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/10/24, and the person was arrested on *(date)* 9/13/24
at *(city and state)* Memphis, TN

Date:  9/13/24

*Arresting officer's signature*

Casey Reasnour  DUSM
*Printed name and title*