IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  Cr. No. 24-20145-JTF

LISA J. FINDLEY,

    Defendant.

## MOTION TO WAIVE APPEARANCE FOR REPORT DATE

    Comes now the defendant, Lisa Findley, by and through appointed counsel, Tyrone J. Paylor, and moves this Honorable Court to waive her appearance for the report date scheduled for Wednesday, November 13, 2024, at 9:30 a.m. She understands that she has a right to attend all scheduled report dates; however, she is aware that a request for additional time will be made by her Counsel for additional time to prepare considering the amount of discovery tendered and her need to review the materials herself. (See Exhibit 1).

    The Assistant United States Attorney assigned this matter has been consulted and has no objection to this motion.

                                              Respectfully submitted,

                                              DORIS RANDLE-HOLT
                                              FEDERAL DEFENDER

                                              s/ Tyrone J. Paylor
                                              First Assistant Federal Public Defender
                                              200 Jefferson, Suite 200
                                              Memphis, TN 38103
                                              (901) 544-3895

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing was forwarded via the Court's electronic filing system to the Assistant United States Attorney assigned this matter.

    This 12th day of November 2024.

                                        s/ Tyrone J. Paylor
                                        First Assistant Federal Defender