11-7-2024

I WOULD LIKE TO WAIVE MY APPEARANCE
FOR THE REPORT DATE SCHEDULED FOR
NOVEMBER 13, 2024 @ 9:30 A.M. BEFORE
THE COURT.

My ATTORNEY HAS ADVISED THAT I HAVE
A RIGHT TO APPEAR AT THE HEARING.
UNDERSTANDING THAT I HAVE A RIGHT TO
APPEAR, I WOULD LIKE TO WAIVE MY
APPEARANCE.

R. LISA FINDLEY