IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. No. 2:24cr20145-JTF |
| LISA J. FINDLEY, | * | |
| Defendant. | * | |

**ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT REPORT DATE**

For good cause shown the defendant's request to waive her appearance at the report date set in this case for Wednesday, November 13, 2024, at 9:30 a.m. is hereby **GRANTED**. Defendant shall not be required to appear at the report/status conference.

It is so **ORDERED**, this 12th day of November, 2024.

*s/John T. Fowlkes, Jr.*
**UNITED STATES DISTRICT COURT JUDGE**