

U.S. Department of Justice

Criminal Division

*Fraud Section*

December 17, 2024

**VIA EMAIL & FILE SHARE**
Tyrone J. Paylor
First Assistant Federal Public Defender
One Memphis Place
Memphis, TN 38103
Tyrone_paylor@fd.org

      Re:    *United States v. Lisa Jeanine Findley*, No. 2:24-cr-20145-JTF (W.D. Tenn.)
              Government's Sixth Production of Information

Dear Mr. Paylor:

In response to your request for discovery filed on September 24, 2024 (ECF No. 32), please be advised that copies of the information described in the accompanying index have been sent to you via file share along with this letter. This is the government's sixth production of information. The information being produced to you in connection with this letter will be contained in a zip file labeled "U.S. v. Findley – Government Production #6." The Bates range for this production is DOJ-PROD-0000049921 – DOJ-PROD-0000049952.

Included in this production are recorded telephone calls made by the defendant while in federal custody in the Western District of Tennessee. As with the previous productions, in an abundance of caution, the prosecution team asked an independent filter team to review these telephone calls. Following the independent filter team's review, the independent filter team released certain telephone calls and withheld others in their entirety from the prosecution team. The prosecution team has included the released telephone calls in this production. We expect that the independent filter team will make a separate production to you consisting of the telephone calls withheld in their entirety from the prosecution team.

\* \* \*

In this production, the government may have provided information and material that exceeds the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law. Any non-discoverable information and material provided has been voluntarily and solely as a matter of discretion.

The fact that certain non-discoverable information and material may be provided in no way obligates the government to provide all non-discoverable information and material, and the fact that certain non-discoverable information and material has been provided should not be taken as a

representation as to the existence or non-existence of any other non-discoverable information and material.

By opening this production, you agree that the produced information and material is sensitive and confidential, will be used only for purposes of the above-captioned case, and shall not be publicly disclosed in any way unless pre-authorized by the government or the Court.

\* \* \*

If you have any questions, please contact me and AUSA André at your convenience.

Sincerely,

*/s/ Aaron Henricks*
Aaron Henricks
Trial Attorney

United States Department of Justice
Criminal Division, Fraud Section

Enclosures:
- One File Share Link via Email
- Government Production #6 Index

Cc:   AUSA Carroll L. André, III
      Clerk, U.S. District Court (w/o enclosures)