```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```
_____

UNITED STATES OF AMERICA,      )
                               )
    Plaintiff,                 )
                               )
v.                             )     No. 2:24-20145-JTF
                               )
LISA J. FINDLEY,               )
                               )
    Defendant.                 )
_____

                       ORDER OF REFERENCE
_____

    Defendant's Motion for Bond Hearing (DE# 49) is hereby referred to the Magistrate Judge for determination on the issue of pretrial release.

    IT IS SO ORDERED THIS <u>16th</u> DAY OF January, 2025.

                                   <u>*s/John T. Fowlkes, Jr.*</u>
                                   UNITED STATES DISTRICT JUDGE