IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Cr. No. 24-20145-JTF

LISA J. FINDLEY,

    Defendant.

---

**UNOPPOSED MOTION TO CONTINUE SENTENCE HEARING**

---

      Comes now the defendant, Lisa Findley, by and through appointed counsel, Tyrone J. Paylor, and moves this honorable Court to continue the sentence hearing scheduled for June 18, 2025 at 10:30 a.m. for thirty (30) days or to a date more convenient for the Court. Counsel has a scheduling conflict and needs additional time to prepare the matter. The Assistant United States Attorney assigned this matter has been consulted and has no objection to this motion.

      Respectfully submitted,

      TYRONE J. PAYLOR
      FEDERAL DEFENDER

      s/ Tyrone J. Paylor
      Federal Public Defender
      200 Jefferson, Suite 200
      Memphis, TN 38103
      (901) 544-3895

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was forwarded via the Court's electronic filing system to the Assistant United States Attorney assigned this matter.

      This 5th day of June 2025.

                                            s/ Tyrone J. Paylor
                                            Federal Public Defender