IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**LISA J. FINDLEY,** )<br>)<br>Defendant. )<br>) | Case No. 2:24-cr-20145-JTF-1 |

**NOTICE OF RELEVANT FILING**

On September 9, 2025, the Court received a letter that was docketed in the case of *Lisa Johansen v. Priscilla Presley, et al.*, No. 2:11-cv-03036-JTF-dkv (W.D. Tenn.). The parties are hereby **NOTIFIED** that this letter contains information related to the matters at issue in this case. *See id.* at ECF No. 127.

**IT IS SO ORDERED** this **_11th_** day of September, 2025.

/s/ *John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE